## CERTIFICATE OF LOAN SALE

WebBank, a Utah-chartered industrial bank located in Salt Lake City, Utah ("Originator"), hereby certifies that:

   1.   Originator originates loans that are serviced by Prosper Funding LLC or its affiliate Prosper Marketplace, Inc.

   2.   Each of the loans identified by loan number on the attached Exhibit A (each, a "Loan") was originated by WebBank.

   3.   On or about the respective Closing Date set forth on Exhibit A, Originator transferred or otherwise conveyed to Prosper Funding LLC each Asset identified on Exhibit A.

   4.   Originator transferred, assigned, and conveyed to Prosper Funding LLC and its successors and permitted assigns, all right, title and interest the Originator held in each Asset free and clear of any lien created by Originator, except for any interest of Prosper Funding LLC and its affiliates.

   5.   Prosper Funding LLC or its affiliate Prosper Marketplace, Inc. was Servicer of each Asset from the origination of the Asset to the sale by Originator to Prosper Funding LLC. In its role as servicer of the Asset, during the period Originator owned the Asset, Prosper Funding LLC kept and maintained business records on behalf of WebBank in the regular course of business.

WEBBANK

By: _____

Name:   Kelly Barnett
Title:   President

Date:   April 19, 2017



Exh. K-1

*Confidential*

**Sale Date:**          3/20/2017

| Acct No | Issued Date |
|---------|-------------|
| 268848 | 2/4/2015 |
| 417329 | 8/21/2015 |
| 283457 | 3/9/2015 |
| 333984 | 5/15/2015 |
| 432066 | 9/8/2015 |
| 258099 | 1/9/2015 |
| 151583 | 5/9/2014 |
| 269918 | 2/9/2015 |
| 352525 | 6/11/2015 |
| 408851 | 8/12/2015 |
| 192242 | 8/12/2014 |
| 204681 | 9/12/2014 |
| 272476 | 2/13/2015 |
| 231468 | 11/13/2014 |
| 272796 | 2/13/2015 |
| 246937 | 12/15/2014 |
| 552871 | 1/15/2016 |
| 179439 | 7/15/2014 |
| 260859 | 1/15/2015 |
| 205596 | 9/15/2014 |
| 247294 | 12/16/2014 |
| 220046 | 10/16/2014 |
| 313081 | 4/17/2015 |
| 247721 | 12/17/2014 |
| 121994 | 12/17/2013 |
| 122278 | 12/17/2013 |
| 274046 | 2/18/2015 |
| 154238 | 5/19/2014 |
| 234829 | 11/19/2014 |
| 275242 | 2/19/2015 |
| 275256 | 2/19/2015 |
| 234910 | 11/19/2014 |
| 275156 | 2/19/2015 |
| 209251 | 9/19/2014 |
| 132712 | 2/19/2014 |
| 274757 | 2/19/2015 |
| 221881 | 10/20/2014 |
| 122166 | 12/20/2013 |
| 196663 | 8/20/2014 |
| 160334 | 5/20/2014 |
| 172528 | 6/20/2014 |
| 275764 | 2/20/2015 |
| 221828 | 10/21/2014 |
| 197371 | 8/21/2014 |

| | |
|---|---|
| 236044 | 11/21/2014 |
| 262248 | 1/21/2015 |
| 208800 | 9/22/2014 |
| 209201 | 9/22/2014 |
| 222674 | 10/22/2014 |
| 172503 | 6/23/2014 |
| 173275 | 6/23/2014 |
| 209079 | 9/23/2014 |
| 185695 | 7/25/2014 |
| 236648 | 11/25/2014 |
| 138947 | 3/25/2014 |
| 184967 | 7/25/2014 |
| 173910 | 6/26/2014 |
| 238231 | 11/26/2014 |
| 364901 | 6/26/2015 |
| 238191 | 11/26/2014 |
| 211380 | 9/26/2014 |
| 198033 | 8/27/2014 |
| 225156 | 10/28/2014 |
| 238371 | 11/28/2014 |
| 199804 | 8/28/2014 |
| 265604 | 1/29/2015 |
| 119395 | 11/29/2013 |
| 185355 | 7/29/2014 |
| 212978 | 9/30/2014 |
| 213032 | 9/30/2014 |
| 213379 | 9/30/2014 |
| 394892 | 7/28/2015 |
| 135682 | 3/6/2014 |
| 257733 | 1/8/2015 |
| 308065 | 4/10/2015 |
| 650348 | 5/10/2016 |
| 151761 | 5/12/2014 |
| 665049 | 6/14/2016 |
| 637432 | 4/15/2016 |
| 496049 | 11/16/2015 |
| 383251 | 7/17/2015 |
| 299556 | 3/30/2015 |
| 89513 | 5/2/2013 |
| 429981 | 9/4/2015 |
| 594276 | 2/4/2016 |
| 539419 | 1/4/2016 |
| 281829 | 3/4/2015 |
| 489180 | 11/4/2015 |
| 513436 | 12/4/2015 |
| 484648 | 11/4/2015 |
| 280969 | 3/4/2015 |

| | |
|---|---|
| 281714 | 3/4/2015 |
| 324990 | 5/4/2015 |
| 591344 | 2/4/2016 |
| 400426 | 8/4/2015 |
| 165964 | 6/4/2014 |
| 484372 | 11/4/2015 |
| 428123 | 9/4/2015 |
| 591233 | 2/4/2016 |
| 539470 | 1/4/2016 |
| 324873 | 5/4/2015 |
| 650922 | 5/4/2016 |
| 400289 | 8/4/2015 |
| 633227 | 4/4/2016 |
| 615038 | 3/4/2016 |
| 400335 | 8/4/2015 |
| 141593 | 4/4/2014 |
| 618204 | 3/4/2016 |
| 109432 | 11/4/2013 |
| 430620 | 9/4/2015 |
| 347238 | 6/4/2015 |
| 227237 | 11/4/2014 |
| 281212 | 3/4/2015 |
| 104872 | 10/4/2013 |
| 542784 | 1/4/2016 |
| 268899 | 2/4/2015 |
| 400314 | 8/4/2015 |
| 517056 | 12/4/2015 |
| 645418 | 5/4/2016 |
| 594099 | 2/4/2016 |
| 514396 | 12/4/2015 |
| 268579 | 2/4/2015 |
| 593220 | 2/4/2016 |
| 268540 | 2/4/2015 |
| 400844 | 8/4/2015 |
| 428174 | 9/4/2015 |
| 347469 | 6/4/2015 |
| 483724 | 11/4/2015 |
| 119687 | 12/4/2013 |
| 590258 | 2/4/2016 |
| 268186 | 2/4/2015 |
| 516552 | 12/4/2015 |
| 590459 | 2/4/2016 |
| 645409 | 5/4/2016 |
| 513236 | 12/4/2015 |
| 517188 | 12/4/2015 |
| 188825 | 8/5/2014 |
| 669532 | 8/5/2016 |

| | |
|---|---|
| 166489 | 6/5/2014 |
| 458820 | 10/5/2015 |
| 255274 | 1/5/2015 |
| 402158 | 8/5/2015 |
| 637074 | 4/5/2016 |
| 325589 | 5/5/2015 |
| 325585 | 5/5/2015 |
| 282624 | 3/5/2015 |
| 242628 | 12/5/2014 |
| 486070 | 11/5/2015 |
| 486436 | 11/5/2015 |
| 666017 | 7/5/2016 |
| 648506 | 5/5/2016 |
| 541643 | 1/5/2016 |
| 404979 | 8/5/2015 |
| 242497 | 12/5/2014 |
| 348108 | 6/5/2015 |
| 401948 | 8/5/2015 |
| 541666 | 1/5/2016 |
| 347215 | 6/5/2015 |
| 543516 | 1/5/2016 |
| 592288 | 2/5/2016 |
| 347564 | 6/5/2015 |
| 228565 | 11/5/2014 |
| 348203 | 6/5/2015 |
| 347189 | 6/5/2015 |
| 453679 | 10/5/2015 |
| 637521 | 4/5/2016 |
| 401652 | 8/5/2015 |
| 347579 | 6/5/2015 |
| 592679 | 2/5/2016 |
| 455522 | 10/5/2015 |
| 456095 | 10/5/2015 |
| 325600 | 5/5/2015 |
| 241796 | 12/5/2014 |
| 325562 | 5/5/2015 |
| 487850 | 11/5/2015 |
| 648497 | 5/5/2016 |
| 282077 | 3/5/2015 |
| 255481 | 1/5/2015 |
| 457914 | 10/5/2015 |
| 540902 | 1/5/2016 |
| 636735 | 4/5/2016 |
| 543279 | 1/5/2016 |
| 325251 | 5/5/2015 |
| 227946 | 11/5/2014 |
| 347842 | 6/5/2015 |

| | |
|---|---|
| 348210 | 6/5/2015 |
| 631651 | 4/5/2016 |
| 255588 | 1/5/2015 |
| 454456 | 10/5/2015 |
| 453784 | 10/5/2015 |
| 637215 | 4/5/2016 |
| 487838 | 11/5/2015 |
| 485779 | 11/5/2015 |
| 544593 | 1/5/2016 |
| 540547 | 1/5/2016 |
| 540550 | 1/5/2016 |
| 166352 | 6/5/2014 |
| 591947 | 2/5/2016 |
| 282746 | 3/6/2015 |
| 326506 | 5/6/2015 |
| 459405 | 10/6/2015 |
| 255880 | 1/6/2015 |
| 492069 | 11/6/2015 |
| 402901 | 8/6/2015 |
| 98078 | 8/6/2013 |
| 646381 | 5/6/2016 |
| 491583 | 11/6/2015 |
| 304842 | 4/6/2015 |
| 542440 | 1/6/2016 |
| 283452 | 3/6/2015 |
| 542281 | 1/6/2016 |
| 662742 | 6/6/2016 |
| 457976 | 10/6/2015 |
| 406812 | 8/6/2015 |
| 487837 | 11/6/2015 |
| 486892 | 11/6/2015 |
| 403742 | 8/6/2015 |
| 486976 | 11/6/2015 |
| 304344 | 4/6/2015 |
| 542743 | 1/6/2016 |
| 542950 | 1/6/2016 |
| 491130 | 11/6/2015 |
| 403880 | 8/6/2015 |
| 282475 | 3/6/2015 |
| 269296 | 2/6/2015 |
| 488321 | 11/6/2015 |
| 303518 | 4/6/2015 |
| 326431 | 5/6/2015 |
| 456902 | 10/6/2015 |
| 545346 | 1/6/2016 |
| 229588 | 11/6/2014 |
| 326987 | 5/6/2015 |

| | |
|---|---|
| 304527 | 4/6/2015 |
| 269710 | 2/6/2015 |
| 304845 | 4/6/2015 |
| 229327 | 11/6/2014 |
| 402938 | 8/6/2015 |
| 651834 | 5/6/2016 |
| 403253 | 8/6/2015 |
| 190435 | 8/6/2014 |
| 637977 | 4/6/2016 |
| 304668 | 4/6/2015 |
| 256413 | 1/6/2015 |
| 256131 | 1/6/2015 |
| 541774 | 1/6/2016 |
| 304404 | 4/6/2015 |
| 255713 | 1/6/2015 |
| 518694 | 12/7/2015 |
| 543622 | 1/7/2016 |
| 459479 | 10/7/2015 |
| 544001 | 1/7/2016 |
| 664138 | 7/7/2016 |
| 215531 | 10/7/2014 |
| 514907 | 12/7/2015 |
| 514927 | 12/7/2015 |
| 514691 | 12/7/2015 |
| 256705 | 1/7/2015 |
| 256181 | 1/7/2015 |
| 327125 | 5/7/2015 |
| 257169 | 1/7/2015 |
| 515864 | 12/7/2015 |
| 616067 | 3/7/2016 |
| 142067 | 4/7/2014 |
| 256423 | 1/7/2015 |
| 547164 | 1/7/2016 |
| 130880 | 2/7/2014 |
| 543791 | 1/7/2016 |
| 256232 | 1/7/2015 |
| 304673 | 4/7/2015 |
| 215750 | 10/7/2014 |
| 456886 | 10/7/2015 |
| 229509 | 11/7/2014 |
| 371224 | 7/7/2015 |
| 304612 | 4/7/2015 |
| 635765 | 4/7/2016 |
| 543607 | 1/7/2016 |
| 547641 | 1/7/2016 |
| 215541 | 10/7/2014 |
| 371888 | 7/7/2015 |

| | |
|---|---|
| 515053 | 12/7/2015 |
| 544481 | 1/7/2016 |
| 518961 | 12/7/2015 |
| 372846 | 7/7/2015 |
| 518700 | 12/7/2015 |
| 229434 | 11/7/2014 |
| 515987 | 12/7/2015 |
| 408228 | 8/7/2015 |
| 327273 | 5/7/2015 |
| 514688 | 12/7/2015 |
| 543550 | 1/7/2016 |
| 635255 | 4/7/2016 |
| 371758 | 7/7/2015 |
| 616075 | 3/7/2016 |
| 190858 | 8/7/2014 |
| 681340 | 9/8/2016 |
| 596115 | 2/8/2016 |
| 242351 | 12/8/2014 |
| 349482 | 6/8/2015 |
| 544970 | 1/8/2016 |
| 429482 | 9/8/2015 |
| 373914 | 7/8/2015 |
| 190191 | 8/8/2014 |
| 257328 | 1/8/2015 |
| 373470 | 7/8/2015 |
| 620154 | 3/8/2016 |
| 216326 | 10/8/2014 |
| 177066 | 7/8/2014 |
| 373962 | 7/8/2015 |
| 349157 | 6/8/2015 |
| 374427 | 7/8/2015 |
| 327820 | 5/8/2015 |
| 545273 | 1/8/2016 |
| 459908 | 10/8/2015 |
| 517769 | 12/8/2015 |
| 520848 | 12/8/2015 |
| 597240 | 2/8/2016 |
| 105193 | 10/8/2013 |
| 516626 | 12/8/2015 |
| 548835 | 1/8/2016 |
| 348485 | 6/8/2015 |
| 517300 | 12/8/2015 |
| 458962 | 10/8/2015 |
| 520812 | 12/8/2015 |
| 463620 | 10/8/2015 |
| 348974 | 6/8/2015 |
| 328659 | 5/8/2015 |

| | |
|---|---|
| 348641 | 6/8/2015 |
| 658111 | 6/8/2016 |
| 328398 | 5/8/2015 |
| 548358 | 1/8/2016 |
| 519885 | 12/8/2015 |
| 616978 | 3/8/2016 |
| 428804 | 9/8/2015 |
| 429092 | 9/8/2015 |
| 519804 | 12/8/2015 |
| 306097 | 4/8/2015 |
| 544771 | 1/8/2016 |
| 348109 | 6/8/2015 |
| 372697 | 7/8/2015 |
| 151501 | 5/8/2014 |
| 306278 | 4/8/2015 |
| 519312 | 12/8/2015 |
| 545650 | 1/8/2016 |
| 549102 | 1/8/2016 |
| 306555 | 4/8/2015 |
| 373727 | 7/8/2015 |
| 328195 | 5/8/2015 |
| 459713 | 10/8/2015 |
| 459803 | 10/8/2015 |
| 593539 | 2/8/2016 |
| 462792 | 10/8/2015 |
| 594305 | 2/8/2016 |
| 460094 | 10/8/2015 |
| 429326 | 9/8/2015 |
| 143296 | 4/8/2014 |
| 646819 | 5/9/2016 |
| 492816 | 11/9/2015 |
| 283412 | 3/9/2015 |
| 349024 | 6/9/2015 |
| 492750 | 11/9/2015 |
| 459454 | 10/9/2015 |
| 517997 | 12/9/2015 |
| 375371 | 7/9/2015 |
| 489995 | 11/9/2015 |
| 518740 | 12/9/2015 |
| 489140 | 11/9/2015 |
| 518459 | 12/9/2015 |
| 460096 | 10/9/2015 |
| 521913 | 12/9/2015 |
| 430304 | 9/9/2015 |
| 351360 | 6/9/2015 |
| 308067 | 4/9/2015 |
| 105071 | 10/9/2013 |

| | |
|---|---|
| 203821 | 9/9/2014 |
| 595708 | 2/9/2016 |
| 258276 | 1/9/2015 |
| 617911 | 3/9/2016 |
| 433899 | 9/9/2015 |
| 104661 | 10/9/2013 |
| 143362 | 4/9/2014 |
| 460144 | 10/9/2015 |
| 429292 | 9/9/2015 |
| 518206 | 12/9/2015 |
| 375344 | 7/9/2015 |
| 216945 | 10/9/2014 |
| 465117 | 10/9/2015 |
| 350643 | 6/9/2015 |
| 652368 | 5/9/2016 |
| 350666 | 6/9/2015 |
| 459949 | 10/9/2015 |
| 652416 | 5/9/2016 |
| 646633 | 5/9/2016 |
| 428935 | 9/9/2015 |
| 489095 | 11/9/2015 |
| 464370 | 10/9/2015 |
| 460696 | 10/9/2015 |
| 652698 | 5/9/2016 |
| 374041 | 7/9/2015 |
| 647107 | 5/9/2016 |
| 595303 | 2/9/2016 |
| 428932 | 9/9/2015 |
| 242741 | 12/9/2014 |
| 349012 | 6/9/2015 |
| 521004 | 12/9/2015 |
| 597609 | 2/9/2016 |
| 517933 | 12/9/2015 |
| 518854 | 12/9/2015 |
| 257536 | 1/9/2015 |
| 517744 | 12/9/2015 |
| 617762 | 3/9/2016 |
| 306434 | 4/9/2015 |
| 430757 | 9/9/2015 |
| 120763 | 12/9/2013 |
| 283429 | 3/9/2015 |
| 431165 | 9/9/2015 |
| 595451 | 2/9/2016 |
| 270558 | 2/9/2015 |
| 594521 | 2/9/2016 |
| 257545 | 1/9/2015 |
| 430904 | 9/9/2015 |

| | |
|---|---|
| 650003 | 5/9/2016 |
| 284475 | 3/10/2015 |
| 618796 | 3/10/2016 |
| 308970 | 4/10/2015 |
| 351749 | 6/10/2015 |
| 409506 | 8/10/2015 |
| 167888 | 6/10/2014 |
| 271048 | 2/10/2015 |
| 229571 | 11/10/2014 |
| 270936 | 2/10/2015 |
| 143273 | 4/10/2014 |
| 352404 | 6/10/2015 |
| 351463 | 6/10/2015 |
| 409005 | 8/10/2015 |
| 523266 | 12/10/2015 |
| 523581 | 12/10/2015 |
| 244237 | 12/10/2014 |
| 618527 | 3/10/2016 |
| 351308 | 6/10/2015 |
| 653820 | 5/10/2016 |
| 519404 | 12/10/2015 |
| 244136 | 12/10/2014 |
| 284036 | 3/10/2015 |
| 409209 | 8/10/2015 |
| 520427 | 12/10/2015 |
| 350884 | 6/10/2015 |
| 350656 | 6/10/2015 |
| 404611 | 8/10/2015 |
| 519947 | 12/10/2015 |
| 489943 | 11/10/2015 |
| 494574 | 11/10/2015 |
| 518875 | 12/10/2015 |
| 375832 | 7/10/2015 |
| 599028 | 2/10/2016 |
| 405064 | 8/10/2015 |
| 244494 | 12/10/2014 |
| 431041 | 9/10/2015 |
| 284018 | 3/10/2015 |
| 405992 | 8/10/2015 |
| 244515 | 12/10/2014 |
| 374785 | 7/10/2015 |
| 489256 | 11/10/2015 |
| 351043 | 6/10/2015 |
| 167635 | 6/10/2014 |
| 167905 | 6/10/2014 |
| 283730 | 3/10/2015 |
| 351915 | 6/10/2015 |

| | |
|---|---|
| 519506 | 12/10/2015 |
| 404791 | 8/10/2015 |
| 352642 | 6/11/2015 |
| 435909 | 9/11/2015 |
| 436014 | 9/11/2015 |
| 436056 | 9/11/2015 |
| 352436 | 6/11/2015 |
| 622149 | 3/11/2016 |
| 520696 | 12/11/2015 |
| 271004 | 2/11/2015 |
| 271611 | 2/11/2015 |
| 168422 | 6/11/2014 |
| 352980 | 6/11/2015 |
| 649360 | 5/11/2016 |
| 352204 | 6/11/2015 |
| 284702 | 3/11/2015 |
| 245496 | 12/11/2014 |
| 597971 | 2/11/2016 |
| 431311 | 9/11/2015 |
| 654828 | 5/11/2016 |
| 431611 | 9/11/2015 |
| 524865 | 12/11/2015 |
| 636752 | 4/11/2016 |
| 205468 | 9/11/2014 |
| 521308 | 12/11/2015 |
| 524511 | 12/11/2015 |
| 634219 | 4/11/2016 |
| 272031 | 2/11/2015 |
| 621852 | 3/11/2016 |
| 654885 | 5/11/2016 |
| 436320 | 9/11/2015 |
| 651704 | 5/11/2016 |
| 168577 | 6/11/2014 |
| 431758 | 9/11/2015 |
| 524109 | 12/11/2015 |
| 648535 | 5/11/2016 |
| 521066 | 12/11/2015 |
| 192181 | 8/11/2014 |
| 85148 | 2/11/2013 |
| 353523 | 6/11/2015 |
| 549732 | 1/11/2016 |
| 353187 | 6/11/2015 |
| 639612 | 4/11/2016 |
| 407360 | 8/11/2015 |
| 431470 | 9/11/2015 |
| 410325 | 8/11/2015 |
| 352931 | 6/11/2015 |

| | |
|---|---|
| 524397 | 12/11/2015 |
| 435873 | 9/11/2015 |
| 168364 | 6/11/2014 |
| 406634 | 8/11/2015 |
| 406652 | 8/11/2015 |
| 651512 | 5/11/2016 |
| 406024 | 8/11/2015 |
| 406345 | 8/11/2015 |
| 329206 | 5/11/2015 |
| 521482 | 12/11/2015 |
| 285972 | 3/11/2015 |
| 406438 | 8/11/2015 |
| 648886 | 5/11/2016 |
| 435426 | 9/11/2015 |
| 330628 | 5/12/2015 |
| 353524 | 6/12/2015 |
| 354435 | 6/12/2015 |
| 409346 | 8/12/2015 |
| 491800 | 11/12/2015 |
| 655638 | 5/12/2016 |
| 598837 | 2/12/2016 |
| 411384 | 8/12/2015 |
| 548108 | 1/12/2016 |
| 151563 | 5/12/2014 |
| 354015 | 6/12/2015 |
| 551286 | 1/12/2016 |
| 599696 | 2/12/2016 |
| 408428 | 8/12/2015 |
| 285589 | 3/12/2015 |
| 330660 | 5/12/2015 |
| 329927 | 5/12/2015 |
| 547619 | 1/12/2016 |
| 599735 | 2/12/2016 |
| 285322 | 3/12/2015 |
| 547586 | 1/12/2016 |
| 152659 | 5/12/2014 |
| 352678 | 6/12/2015 |
| 330493 | 5/12/2015 |
| 551979 | 1/12/2016 |
| 547834 | 1/12/2016 |
| 640998 | 4/12/2016 |
| 330418 | 5/12/2015 |
| 330124 | 5/12/2015 |
| 547759 | 1/12/2016 |
| 191694 | 8/12/2014 |
| 492896 | 11/12/2015 |
| 547508 | 1/12/2016 |

| | |
|---|---|
| 169226 | 6/12/2014 |
| 547526 | 1/12/2016 |
| 547186 | 1/12/2016 |
| 271613 | 2/12/2015 |
| 330890 | 5/12/2015 |
| 192586 | 8/12/2014 |
| 491948 | 11/12/2015 |
| 331023 | 5/12/2015 |
| 411183 | 8/12/2015 |
| 491266 | 11/12/2015 |
| 330358 | 5/12/2015 |
| 136576 | 3/12/2014 |
| 599015 | 2/12/2016 |
| 285655 | 3/12/2015 |
| 551055 | 1/12/2016 |
| 652079 | 5/12/2016 |
| 461362 | 10/13/2015 |
| 272806 | 2/13/2015 |
| 494404 | 11/13/2015 |
| 497778 | 11/13/2015 |
| 309269 | 4/13/2015 |
| 494012 | 11/13/2015 |
| 553248 | 1/13/2016 |
| 461803 | 10/13/2015 |
| 549646 | 1/13/2016 |
| 552765 | 1/13/2016 |
| 272096 | 2/13/2015 |
| 495137 | 11/13/2015 |
| 376063 | 7/13/2015 |
| 375997 | 7/13/2015 |
| 125586 | 1/13/2014 |
| 661742 | 6/13/2016 |
| 661727 | 6/13/2016 |
| 232174 | 11/13/2014 |
| 635941 | 4/13/2016 |
| 650707 | 5/13/2016 |
| 259320 | 1/13/2015 |
| 272261 | 2/13/2015 |
| 641646 | 4/13/2016 |
| 461602 | 10/13/2015 |
| 308951 | 4/13/2015 |
| 552282 | 1/13/2016 |
| 231219 | 11/13/2014 |
| 309711 | 4/13/2015 |
| 494972 | 11/13/2015 |
| 550004 | 1/13/2016 |
| 409165 | 8/13/2015 |

| | |
|---|---|
| 465342 | 10/13/2015 |
| 494702 | 11/13/2015 |
| 232489 | 11/13/2014 |
| 286841 | 3/13/2015 |
| 408490 | 8/13/2015 |
| 376396 | 7/13/2015 |
| 461791 | 10/13/2015 |
| 377373 | 7/13/2015 |
| 550265 | 1/13/2016 |
| 550763 | 1/13/2016 |
| 656226 | 5/13/2016 |
| 497694 | 11/13/2015 |
| 494257 | 11/13/2015 |
| 653039 | 5/13/2016 |
| 331166 | 5/13/2015 |
| 286439 | 3/13/2015 |
| 331031 | 5/13/2015 |
| 131747 | 2/13/2014 |
| 408577 | 8/13/2015 |
| 331504 | 5/13/2015 |
| 412290 | 8/13/2015 |
| 638405 | 4/13/2016 |
| 434315 | 9/14/2015 |
| 551474 | 1/14/2016 |
| 259502 | 1/14/2015 |
| 332035 | 5/14/2015 |
| 659881 | 6/14/2016 |
| 411269 | 8/14/2015 |
| 551846 | 1/14/2016 |
| 381731 | 7/14/2015 |
| 641991 | 4/14/2016 |
| 551269 | 1/14/2016 |
| 466715 | 10/14/2015 |
| 623043 | 3/14/2016 |
| 435110 | 9/14/2015 |
| 332148 | 5/14/2015 |
| 466655 | 10/14/2015 |
| 437820 | 9/14/2015 |
| 381025 | 7/14/2015 |
| 464734 | 10/14/2015 |
| 310534 | 4/14/2015 |
| 551419 | 1/14/2016 |
| 143885 | 4/14/2014 |
| 642627 | 4/14/2016 |
| 413862 | 8/14/2015 |
| 332558 | 5/14/2015 |
| 555021 | 1/14/2016 |

| | |
|---|---|
| 381596 | 7/14/2015 |
| 310330 | 4/14/2015 |
| 331951 | 5/14/2015 |
| 464684 | 10/14/2015 |
| 525990 | 12/14/2015 |
| 414153 | 8/14/2015 |
| 550894 | 1/14/2016 |
| 332493 | 5/14/2015 |
| 552164 | 1/14/2016 |
| 522827 | 12/14/2015 |
| 641805 | 4/14/2016 |
| 554973 | 1/14/2016 |
| 551867 | 1/14/2016 |
| 180382 | 7/14/2014 |
| 437334 | 9/14/2015 |
| 152397 | 5/14/2014 |
| 463996 | 10/14/2015 |
| 464836 | 10/14/2015 |
| 381144 | 7/14/2015 |
| 551296 | 1/14/2016 |
| 411062 | 8/14/2015 |
| 464629 | 10/14/2015 |
| 554259 | 1/14/2016 |
| 310372 | 4/14/2015 |
| 180065 | 7/14/2014 |
| 551165 | 1/14/2016 |
| 469356 | 10/14/2015 |
| 550904 | 1/14/2016 |
| 464902 | 10/14/2015 |
| 551923 | 1/14/2016 |
| 379996 | 7/14/2015 |
| 525321 | 12/14/2015 |
| 665100 | 6/14/2016 |
| 434651 | 9/14/2015 |
| 381742 | 7/15/2015 |
| 219264 | 10/15/2014 |
| 332705 | 5/15/2015 |
| 435193 | 9/15/2015 |
| 333588 | 5/15/2015 |
| 466396 | 10/15/2015 |
| 311029 | 4/15/2015 |
| 552565 | 1/15/2016 |
| 193317 | 8/15/2014 |
| 333771 | 5/15/2015 |
| 332873 | 5/15/2015 |
| 354454 | 6/15/2015 |
| 466201 | 10/15/2015 |

| | |
|---|---|
| 260568 | 1/15/2015 |
| 524122 | 12/15/2015 |
| 354509 | 6/15/2015 |
| 470967 | 10/15/2015 |
| 524224 | 12/15/2015 |
| 522994 | 12/15/2015 |
| 555465 | 1/15/2016 |
| 333547 | 5/15/2015 |
| 552617 | 1/15/2016 |
| 332984 | 5/15/2015 |
| 523279 | 12/15/2015 |
| 260150 | 1/15/2015 |
| 524573 | 12/15/2015 |
| 465520 | 10/15/2015 |
| 620218 | 3/15/2016 |
| 665220 | 6/15/2016 |
| 247176 | 12/15/2014 |
| 620464 | 3/15/2016 |
| 524023 | 12/15/2015 |
| 381784 | 7/15/2015 |
| 355533 | 6/15/2015 |
| 333563 | 5/15/2015 |
| 469839 | 10/15/2015 |
| 556128 | 1/15/2016 |
| 382542 | 7/15/2015 |
| 526410 | 12/15/2015 |
| 381643 | 7/15/2015 |
| 153395 | 5/15/2014 |
| 438327 | 9/15/2015 |
| 310502 | 4/15/2015 |
| 524287 | 12/15/2015 |
| 154183 | 5/15/2014 |
| 523660 | 12/15/2015 |
| 382287 | 7/15/2015 |
| 246527 | 12/15/2014 |
| 555990 | 1/15/2016 |
| 206623 | 9/15/2014 |
| 382028 | 7/15/2015 |
| 524671 | 12/15/2015 |
| 353740 | 6/15/2015 |
| 382875 | 7/15/2015 |
| 522889 | 12/15/2015 |
| 311955 | 4/15/2015 |
| 86551 | 3/15/2013 |
| 311062 | 4/15/2015 |
| 527073 | 12/15/2015 |
| 528189 | 12/15/2015 |

| | |
|---|---|
| 553031 | 1/15/2016 |
| 525068 | 12/16/2015 |
| 356537 | 6/16/2015 |
| 472215 | 10/16/2015 |
| 436429 | 9/16/2015 |
| 525397 | 12/16/2015 |
| 221146 | 10/16/2014 |
| 355417 | 6/16/2015 |
| 248173 | 12/16/2014 |
| 247255 | 12/16/2014 |
| 499356 | 11/16/2015 |
| 469232 | 10/16/2015 |
| 356155 | 6/16/2015 |
| 653945 | 5/16/2016 |
| 382372 | 7/16/2015 |
| 621304 | 3/16/2016 |
| 181225 | 7/16/2014 |
| 621283 | 3/16/2016 |
| 356856 | 6/16/2015 |
| 469337 | 10/16/2015 |
| 471435 | 10/16/2015 |
| 220016 | 10/16/2014 |
| 170162 | 6/16/2014 |
| 312418 | 4/16/2015 |
| 356702 | 6/16/2015 |
| 312395 | 4/16/2015 |
| 355072 | 6/16/2015 |
| 496241 | 11/16/2015 |
| 261144 | 1/16/2015 |
| 601274 | 2/16/2016 |
| 383526 | 7/16/2015 |
| 656760 | 5/16/2016 |
| 468749 | 10/16/2015 |
| 621008 | 3/16/2016 |
| 440697 | 9/16/2015 |
| 438158 | 9/16/2015 |
| 471666 | 10/16/2015 |
| 312550 | 4/16/2015 |
| 436225 | 9/16/2015 |
| 499005 | 11/16/2015 |
| 145078 | 4/16/2014 |
| 355933 | 6/16/2015 |
| 600301 | 2/16/2016 |
| 600571 | 2/16/2016 |
| 260453 | 1/16/2015 |
| 528792 | 12/16/2015 |
| 355925 | 6/16/2015 |

| | |
|---|---|
| 355769 | 6/16/2015 |
| 355902 | 6/16/2015 |
| 220257 | 10/16/2014 |
| 287469 | 3/16/2015 |
| 621262 | 3/16/2016 |
| 180021 | 7/16/2014 |
| 662633 | 6/16/2016 |
| 530535 | 12/17/2015 |
| 603933 | 2/17/2016 |
| 605262 | 2/17/2016 |
| 411076 | 8/17/2015 |
| 603358 | 2/17/2016 |
| 273327 | 2/17/2015 |
| 527792 | 12/17/2015 |
| 248514 | 12/17/2014 |
| 384299 | 7/17/2015 |
| 498515 | 11/17/2015 |
| 530079 | 12/17/2015 |
| 313927 | 4/17/2015 |
| 220857 | 10/17/2014 |
| 313264 | 4/17/2015 |
| 497051 | 11/17/2015 |
| 500268 | 11/17/2015 |
| 437644 | 9/17/2015 |
| 384993 | 7/17/2015 |
| 410995 | 8/17/2015 |
| 602512 | 2/17/2016 |
| 527488 | 12/17/2015 |
| 313309 | 4/17/2015 |
| 357125 | 6/17/2015 |
| 438467 | 9/17/2015 |
| 313448 | 4/17/2015 |
| 220797 | 10/17/2014 |
| 497666 | 11/17/2015 |
| 207730 | 9/17/2014 |
| 127181 | 1/17/2014 |
| 604092 | 2/17/2016 |
| 411508 | 8/17/2015 |
| 313368 | 4/17/2015 |
| 527284 | 12/17/2015 |
| 313719 | 4/17/2015 |
| 287629 | 3/17/2015 |
| 287488 | 3/17/2015 |
| 605673 | 2/17/2016 |
| 439232 | 9/17/2015 |
| 527645 | 12/17/2015 |
| 527383 | 12/17/2015 |

| | |
|---|---|
| 527759 | 12/17/2015 |
| 287813 | 3/17/2015 |
| 273160 | 2/17/2015 |
| 497648 | 11/17/2015 |
| 357169 | 6/17/2015 |
| 602608 | 2/17/2016 |
| 526904 | 12/17/2015 |
| 600907 | 2/17/2016 |
| 170569 | 6/17/2014 |
| 497504 | 11/17/2015 |
| 530955 | 12/17/2015 |
| 441360 | 9/17/2015 |
| 601721 | 2/17/2016 |
| 438329 | 9/17/2015 |
| 442377 | 9/17/2015 |
| 384228 | 7/17/2015 |
| 602983 | 2/17/2016 |
| 662852 | 6/17/2016 |
| 437398 | 9/17/2015 |
| 651994 | 5/17/2016 |
| 206571 | 9/17/2014 |
| 438112 | 9/17/2015 |
| 499733 | 11/18/2015 |
| 641174 | 4/18/2016 |
| 499033 | 11/18/2015 |
| 622573 | 3/18/2016 |
| 358378 | 6/18/2015 |
| 106092 | 10/18/2013 |
| 443514 | 9/18/2015 |
| 652414 | 5/18/2016 |
| 603904 | 2/18/2016 |
| 333946 | 5/18/2015 |
| 357977 | 6/18/2015 |
| 528694 | 12/18/2015 |
| 289010 | 3/18/2015 |
| 528773 | 12/18/2015 |
| 274527 | 2/18/2015 |
| 289674 | 3/18/2015 |
| 498445 | 11/18/2015 |
| 501819 | 11/18/2015 |
| 411907 | 8/18/2015 |
| 288535 | 3/18/2015 |
| 671214 | 7/18/2016 |
| 442809 | 9/18/2015 |
| 498863 | 11/18/2015 |
| 415902 | 8/18/2015 |
| 643908 | 4/18/2016 |

| | |
|---|---|
| 643587 | 4/18/2016 |
| 655535 | 5/18/2016 |
| 110694 | 11/18/2013 |
| 607074 | 2/18/2016 |
| 438934 | 9/18/2015 |
| 248477 | 12/18/2014 |
| 334123 | 5/18/2015 |
| 288503 | 3/18/2015 |
| 438619 | 9/18/2015 |
| 655472 | 5/18/2016 |
| 171434 | 6/18/2014 |
| 333629 | 5/18/2015 |
| 170325 | 6/18/2014 |
| 359022 | 6/18/2015 |
| 604106 | 2/18/2016 |
| 622784 | 3/18/2016 |
| 333628 | 5/18/2015 |
| 334325 | 5/18/2015 |
| 502833 | 11/18/2015 |
| 499133 | 11/18/2015 |
| 288473 | 3/18/2015 |
| 359244 | 6/18/2015 |
| 417132 | 8/18/2015 |
| 528869 | 12/18/2015 |
| 652912 | 5/18/2016 |
| 334180 | 5/18/2015 |
| 532296 | 12/18/2015 |
| 412991 | 8/18/2015 |
| 181299 | 7/18/2014 |
| 638131 | 4/18/2016 |
| 358372 | 6/18/2015 |
| 413041 | 8/18/2015 |
| 413588 | 8/18/2015 |
| 145059 | 4/18/2014 |
| 528515 | 12/18/2015 |
| 206991 | 9/18/2014 |
| 438826 | 9/18/2015 |
| 676302 | 8/18/2016 |
| 416271 | 8/18/2015 |
| 171604 | 6/18/2014 |
| 469778 | 10/19/2015 |
| 468907 | 10/19/2015 |
| 499993 | 11/19/2015 |
| 473370 | 10/19/2015 |
| 335703 | 5/19/2015 |
| 556569 | 1/19/2016 |
| 605531 | 2/19/2016 |

| | |
|---|---|
| 195557 | 8/19/2014 |
| 249794 | 12/19/2014 |
| 414983 | 8/19/2015 |
| 249883 | 12/19/2014 |
| 249733 | 12/19/2014 |
| 335001 | 5/19/2015 |
| 418191 | 8/19/2015 |
| 413101 | 8/19/2015 |
| 209008 | 9/19/2014 |
| 359958 | 6/19/2015 |
| 359272 | 6/19/2015 |
| 473478 | 10/19/2015 |
| 250128 | 12/19/2014 |
| 553246 | 1/19/2016 |
| 335988 | 5/19/2015 |
| 500126 | 11/19/2015 |
| 195589 | 8/19/2014 |
| 644913 | 4/19/2016 |
| 359257 | 6/19/2015 |
| 553279 | 1/19/2016 |
| 644349 | 4/19/2016 |
| 289805 | 3/19/2015 |
| 359647 | 6/19/2015 |
| 290271 | 3/19/2015 |
| 250047 | 12/19/2014 |
| 334486 | 5/19/2015 |
| 472635 | 10/19/2015 |
| 605221 | 2/19/2016 |
| 110856 | 11/19/2013 |
| 605258 | 2/19/2016 |
| 172001 | 6/19/2014 |
| 503103 | 11/19/2015 |
| 99242 | 8/19/2013 |
| 468502 | 10/19/2015 |
| 468664 | 10/19/2015 |
| 553912 | 1/19/2016 |
| 415721 | 8/19/2015 |
| 557700 | 1/19/2016 |
| 500492 | 11/19/2015 |
| 605575 | 2/19/2016 |
| 359078 | 6/19/2015 |
| 335333 | 5/19/2015 |
| 171189 | 6/19/2014 |
| 335188 | 5/19/2015 |
| 605806 | 2/19/2016 |
| 413611 | 8/19/2015 |
| 605954 | 2/19/2016 |

| | |
|---|---|
| 606092 | 2/19/2016 |
| 385742 | 7/20/2015 |
| 639994 | 4/20/2016 |
| 645504 | 4/20/2016 |
| 416087 | 8/20/2015 |
| 504966 | 11/20/2015 |
| 384304 | 7/20/2015 |
| 385003 | 7/20/2015 |
| 653812 | 5/20/2016 |
| 471131 | 10/20/2015 |
| 555482 | 1/20/2016 |
| 336189 | 5/20/2015 |
| 335951 | 5/20/2015 |
| 469978 | 10/20/2015 |
| 235177 | 11/20/2014 |
| 470510 | 10/20/2015 |
| 221043 | 10/20/2014 |
| 314360 | 4/20/2015 |
| 221244 | 10/20/2014 |
| 290021 | 3/20/2015 |
| 314624 | 4/20/2015 |
| 261615 | 1/20/2015 |
| 385596 | 7/20/2015 |
| 471005 | 10/20/2015 |
| 221295 | 10/20/2014 |
| 416771 | 8/20/2015 |
| 653653 | 5/20/2016 |
| 314817 | 4/20/2015 |
| 384550 | 7/20/2015 |
| 555877 | 1/20/2016 |
| 415303 | 8/20/2015 |
| 556186 | 1/20/2016 |
| 315126 | 4/20/2015 |
| 471212 | 10/20/2015 |
| 554563 | 1/20/2016 |
| 290669 | 3/20/2015 |
| 671787 | 7/20/2016 |
| 645420 | 4/20/2016 |
| 645798 | 4/20/2016 |
| 656294 | 5/20/2016 |
| 469162 | 10/20/2015 |
| 386289 | 7/20/2015 |
| 314329 | 4/20/2015 |
| 474219 | 10/20/2015 |
| 642389 | 4/20/2016 |
| 500872 | 11/20/2015 |
| 502469 | 11/20/2015 |

| | |
|---|---|
| 335921 | 5/20/2015 |
| 276048 | 2/20/2015 |
| 196711 | 8/20/2014 |
| 502508 | 11/20/2015 |
| 474246 | 10/20/2015 |
| 554359 | 1/20/2016 |
| 560460 | 1/21/2016 |
| 183325 | 7/21/2014 |
| 182953 | 7/21/2014 |
| 622958 | 3/21/2016 |
| 234878 | 11/21/2014 |
| 385240 | 7/21/2015 |
| 560277 | 1/21/2016 |
| 315478 | 4/21/2015 |
| 315727 | 4/21/2015 |
| 316221 | 4/21/2015 |
| 558484 | 1/21/2016 |
| 623000 | 3/21/2016 |
| 476409 | 10/21/2015 |
| 472355 | 10/21/2015 |
| 561096 | 1/21/2016 |
| 646059 | 4/21/2016 |
| 386502 | 7/21/2015 |
| 183265 | 7/21/2014 |
| 643619 | 4/21/2016 |
| 386448 | 7/21/2015 |
| 315606 | 4/21/2015 |
| 533172 | 12/21/2015 |
| 161218 | 5/21/2014 |
| 666625 | 7/21/2016 |
| 529706 | 12/21/2015 |
| 440197 | 9/21/2015 |
| 560148 | 1/21/2016 |
| 476109 | 10/21/2015 |
| 235052 | 11/21/2014 |
| 337101 | 5/21/2015 |
| 557501 | 1/21/2016 |
| 415783 | 8/21/2015 |
| 93844 | 6/21/2013 |
| 663491 | 6/21/2016 |
| 643763 | 4/21/2016 |
| 262098 | 1/21/2015 |
| 533019 | 12/21/2015 |
| 533217 | 12/21/2015 |
| 127430 | 1/21/2014 |
| 316584 | 4/21/2015 |
| 417875 | 8/21/2015 |

| | |
|---|---|
| 261620 | 1/21/2015 |
| 386032 | 7/21/2015 |
| 529748 | 12/21/2015 |
| 444963 | 9/21/2015 |
| 560145 | 1/21/2016 |
| 643745 | 4/21/2016 |
| 688470 | 9/22/2016 |
| 442249 | 9/22/2015 |
| 531959 | 12/22/2015 |
| 626826 | 3/22/2016 |
| 388832 | 7/22/2015 |
| 562560 | 1/22/2016 |
| 477234 | 10/22/2015 |
| 442915 | 9/22/2015 |
| 360508 | 6/22/2015 |
| 606869 | 2/22/2016 |
| 530335 | 12/22/2015 |
| 388860 | 7/22/2015 |
| 128077 | 1/22/2014 |
| 559246 | 1/22/2016 |
| 677399 | 8/22/2016 |
| 208239 | 9/22/2014 |
| 661288 | 6/22/2016 |
| 669461 | 7/22/2016 |
| 360923 | 6/22/2015 |
| 387724 | 7/22/2015 |
| 338018 | 5/22/2015 |
| 317584 | 4/22/2015 |
| 474392 | 10/22/2015 |
| 182325 | 7/22/2014 |
| 559978 | 1/22/2016 |
| 441514 | 9/22/2015 |
| 669473 | 7/22/2016 |
| 472633 | 10/22/2015 |
| 86936 | 3/22/2013 |
| 338405 | 5/22/2015 |
| 316403 | 4/22/2015 |
| 530539 | 12/22/2015 |
| 389007 | 7/22/2015 |
| 559439 | 1/22/2016 |
| 208763 | 9/22/2014 |
| 338034 | 5/22/2015 |
| 360379 | 6/22/2015 |
| 562224 | 1/22/2016 |
| 128248 | 1/22/2014 |
| 531182 | 12/22/2015 |
| 361314 | 6/22/2015 |

| | |
|---|---|
| 222182 | 10/22/2014 |
| 388274 | 7/22/2015 |
| 562926 | 1/22/2016 |
| 530524 | 12/22/2015 |
| 606740 | 2/22/2016 |
| 386947 | 7/22/2015 |
| 388170 | 7/22/2015 |
| 360677 | 6/22/2015 |
| 534951 | 12/22/2015 |
| 96499 | 7/22/2013 |
| 338058 | 5/22/2015 |
| 534693 | 12/22/2015 |
| 562833 | 1/22/2016 |
| 99997 | 8/22/2013 |
| 338856 | 5/22/2015 |
| 534540 | 12/22/2015 |
| 560222 | 1/22/2016 |
| 250357 | 12/22/2014 |
| 441568 | 9/22/2015 |
| 127883 | 1/22/2014 |
| 605899 | 2/22/2016 |
| 316307 | 4/22/2015 |
| 562023 | 1/22/2016 |
| 562371 | 1/22/2016 |
| 127224 | 1/22/2014 |
| 472051 | 10/22/2015 |
| 446253 | 9/22/2015 |
| 477288 | 10/22/2015 |
| 625090 | 3/23/2016 |
| 536268 | 12/23/2015 |
| 608201 | 2/23/2016 |
| 210187 | 9/23/2014 |
| 532288 | 12/23/2015 |
| 475406 | 10/23/2015 |
| 317829 | 4/23/2015 |
| 251523 | 12/23/2014 |
| 535959 | 12/23/2015 |
| 610716 | 2/23/2016 |
| 389063 | 7/23/2015 |
| 361852 | 6/23/2015 |
| 448437 | 9/23/2015 |
| 448083 | 9/23/2015 |
| 209019 | 9/23/2014 |
| 146905 | 4/23/2014 |
| 607354 | 2/23/2016 |
| 291181 | 3/23/2015 |
| 209762 | 9/23/2014 |

| | |
|---|---|
| 536130 | 12/23/2015 |
| 532850 | 12/23/2015 |
| 502726 | 11/23/2015 |
| 317681 | 4/23/2015 |
| 389679 | 7/23/2015 |
| 443644 | 9/23/2015 |
| 535953 | 12/23/2015 |
| 318597 | 4/23/2015 |
| 291142 | 3/23/2015 |
| 161559 | 5/23/2014 |
| 447318 | 9/23/2015 |
| 146441 | 4/23/2014 |
| 390201 | 7/23/2015 |
| 318428 | 4/23/2015 |
| 505389 | 11/23/2015 |
| 447936 | 9/23/2015 |
| 675337 | 8/23/2016 |
| 505530 | 11/23/2015 |
| 123472 | 12/23/2013 |
| 251650 | 12/23/2014 |
| 536106 | 12/23/2015 |
| 677532 | 8/23/2016 |
| 532531 | 12/23/2015 |
| 294194 | 3/23/2015 |
| 535587 | 12/23/2015 |
| 361207 | 6/23/2015 |
| 503462 | 11/23/2015 |
| 251397 | 12/23/2014 |
| 610062 | 2/23/2016 |
| 445631 | 9/23/2015 |
| 532600 | 12/23/2015 |
| 535845 | 12/23/2015 |
| 445166 | 9/23/2015 |
| 607705 | 2/23/2016 |
| 627120 | 3/23/2016 |
| 145974 | 4/23/2014 |
| 501925 | 11/23/2015 |
| 276573 | 2/23/2015 |
| 389129 | 7/23/2015 |
| 473728 | 10/23/2015 |
| 474142 | 10/23/2015 |
| 443245 | 9/23/2015 |
| 611406 | 2/24/2016 |
| 507723 | 11/24/2015 |
| 391380 | 7/24/2015 |
| 609190 | 2/24/2016 |
| 391011 | 7/24/2015 |

| | |
|---|---|
| 625360 | 3/24/2016 |
| 318824 | 4/24/2015 |
| 537336 | 12/24/2015 |
| 503110 | 11/24/2015 |
| 504971 | 11/24/2015 |
| 445129 | 9/24/2015 |
| 172590 | 6/24/2014 |
| 444730 | 9/24/2015 |
| 533756 | 12/24/2015 |
| 363258 | 6/24/2015 |
| 391271 | 7/24/2015 |
| 235628 | 11/24/2014 |
| 624974 | 3/24/2016 |
| 504857 | 11/24/2015 |
| 625211 | 3/24/2016 |
| 392174 | 7/24/2015 |
| 504514 | 11/24/2015 |
| 418430 | 8/24/2015 |
| 294623 | 3/24/2015 |
| 362366 | 6/24/2015 |
| 252447 | 12/24/2014 |
| 421062 | 8/24/2015 |
| 128812 | 1/24/2014 |
| 128522 | 1/24/2014 |
| 295395 | 3/24/2015 |
| 173615 | 6/24/2014 |
| 654583 | 5/24/2016 |
| 362326 | 6/24/2015 |
| 276841 | 2/24/2015 |
| 147556 | 4/24/2014 |
| 534184 | 12/24/2015 |
| 444436 | 9/24/2015 |
| 506931 | 11/24/2015 |
| 446279 | 9/24/2015 |
| 418037 | 8/24/2015 |
| 503849 | 11/24/2015 |
| 390766 | 7/24/2015 |
| 391536 | 7/24/2015 |
| 537033 | 12/24/2015 |
| 503854 | 11/24/2015 |
| 236143 | 11/24/2014 |
| 537309 | 12/24/2015 |
| 362978 | 6/24/2015 |
| 610409 | 2/25/2016 |
| 506218 | 11/25/2015 |
| 655201 | 5/25/2016 |
| 563529 | 1/25/2016 |

| | |
|---|---|
| 610358 | 2/25/2016 |
| 626111 | 3/25/2016 |
| 509217 | 11/25/2015 |
| 447073 | 9/25/2015 |
| 629541 | 3/25/2016 |
| 564114 | 1/25/2016 |
| 504973 | 11/25/2015 |
| 447536 | 9/25/2015 |
| 417748 | 8/25/2015 |
| 363727 | 6/25/2015 |
| 363958 | 6/25/2015 |
| 364464 | 6/25/2015 |
| 447347 | 9/25/2015 |
| 139696 | 3/25/2014 |
| 278343 | 2/25/2015 |
| 364779 | 6/25/2015 |
| 560473 | 1/25/2016 |
| 563763 | 1/25/2016 |
| 561698 | 1/25/2016 |
| 422187 | 8/25/2015 |
| 629805 | 3/25/2016 |
| 450591 | 9/25/2015 |
| 506156 | 11/25/2015 |
| 506600 | 11/25/2015 |
| 505369 | 11/25/2015 |
| 184491 | 7/25/2014 |
| 295960 | 3/25/2015 |
| 185087 | 7/25/2014 |
| 561427 | 1/25/2016 |
| 564351 | 1/25/2016 |
| 564489 | 1/25/2016 |
| 295909 | 3/25/2015 |
| 237153 | 11/25/2014 |
| 626762 | 3/25/2016 |
| 421770 | 8/25/2015 |
| 364472 | 6/25/2015 |
| 561077 | 1/25/2016 |
| 138552 | 3/25/2014 |
| 506185 | 11/25/2015 |
| 626467 | 3/25/2016 |
| 563997 | 1/25/2016 |
| 561590 | 1/25/2016 |
| 642394 | 4/26/2016 |
| 669845 | 7/26/2016 |
| 237062 | 11/26/2014 |
| 614067 | 2/26/2016 |
| 562832 | 1/26/2016 |

| | |
|---|---|
| 174812 | 6/26/2014 |
| 611432 | 2/26/2016 |
| 565236 | 1/26/2016 |
| 562084 | 1/26/2016 |
| 657713 | 5/26/2016 |
| 366123 | 6/26/2015 |
| 364465 | 6/26/2015 |
| 475306 | 10/26/2015 |
| 365067 | 6/26/2015 |
| 562598 | 1/26/2016 |
| 562781 | 1/26/2016 |
| 679457 | 8/26/2016 |
| 644792 | 4/26/2016 |
| 236960 | 11/26/2014 |
| 366039 | 6/26/2015 |
| 102861 | 9/26/2013 |
| 297532 | 3/26/2015 |
| 642130 | 4/26/2016 |
| 475555 | 10/26/2015 |
| 339171 | 5/26/2015 |
| 278577 | 2/26/2015 |
| 476219 | 10/26/2015 |
| 364753 | 6/26/2015 |
| 566052 | 1/26/2016 |
| 562783 | 1/26/2016 |
| 211575 | 9/26/2014 |
| 474523 | 10/26/2015 |
| 139274 | 3/26/2014 |
| 566028 | 1/26/2016 |
| 296927 | 3/26/2015 |
| 567048 | 1/27/2016 |
| 564797 | 1/27/2016 |
| 391786 | 7/27/2015 |
| 476326 | 10/27/2015 |
| 478247 | 10/27/2015 |
| 477470 | 10/27/2015 |
| 564049 | 1/27/2016 |
| 480735 | 10/27/2015 |
| 198869 | 8/27/2014 |
| 139526 | 3/27/2014 |
| 162419 | 5/27/2014 |
| 392519 | 7/27/2015 |
| 477061 | 10/27/2015 |
| 279143 | 2/27/2015 |
| 507403 | 11/27/2015 |
| 648429 | 4/27/2016 |
| 563812 | 1/27/2016 |

| | |
|---|---|
| 420917 | 8/27/2015 |
| 476263 | 10/27/2015 |
| 340536 | 5/27/2015 |
| 564623 | 1/27/2016 |
| 263735 | 1/27/2015 |
| 506254 | 11/27/2015 |
| 419479 | 8/27/2015 |
| 510216 | 11/27/2015 |
| 263747 | 1/27/2015 |
| 264166 | 1/27/2015 |
| 279220 | 2/27/2015 |
| 563755 | 1/27/2016 |
| 481656 | 10/27/2015 |
| 320315 | 4/27/2015 |
| 339461 | 5/27/2015 |
| 393035 | 7/27/2015 |
| 320604 | 4/27/2015 |
| 320231 | 4/27/2015 |
| 391510 | 7/27/2015 |
| 475900 | 10/27/2015 |
| 563542 | 1/27/2016 |
| 224009 | 10/27/2014 |
| 480432 | 10/27/2015 |
| 340485 | 5/27/2015 |
| 198303 | 8/27/2014 |
| 297778 | 3/27/2015 |
| 563666 | 1/27/2016 |
| 481425 | 10/27/2015 |
| 392103 | 7/27/2015 |
| 447394 | 9/28/2015 |
| 420970 | 8/28/2015 |
| 238419 | 11/28/2014 |
| 452298 | 9/28/2015 |
| 649089 | 4/28/2016 |
| 393106 | 7/28/2015 |
| 425109 | 8/28/2015 |
| 393805 | 7/28/2015 |
| 421916 | 8/28/2015 |
| 422021 | 8/28/2015 |
| 451458 | 9/28/2015 |
| 420217 | 8/28/2015 |
| 643147 | 4/28/2016 |
| 393760 | 7/28/2015 |
| 534983 | 12/28/2015 |
| 199562 | 8/28/2014 |
| 320957 | 4/28/2015 |
| 320932 | 4/28/2015 |

| | |
|---|---|
| 394967 | 7/28/2015 |
| 569139 | 1/28/2016 |
| 565162 | 1/28/2016 |
| 649212 | 4/28/2016 |
| 424317 | 8/28/2015 |
| 163597 | 5/28/2014 |
| 534505 | 12/28/2015 |
| 568839 | 1/28/2016 |
| 565019 | 1/28/2016 |
| 568416 | 1/28/2016 |
| 568872 | 1/28/2016 |
| 392497 | 7/28/2015 |
| 321130 | 4/28/2015 |
| 394041 | 7/28/2015 |
| 538083 | 12/28/2015 |
| 534941 | 12/28/2015 |
| 162958 | 5/28/2014 |
| 340795 | 5/28/2015 |
| 321062 | 4/28/2015 |
| 447709 | 9/28/2015 |
| 133632 | 2/28/2014 |
| 237776 | 11/28/2014 |
| 321338 | 4/28/2015 |
| 394445 | 7/28/2015 |
| 393637 | 7/28/2015 |
| 565667 | 1/28/2016 |
| 449567 | 9/28/2015 |
| 392833 | 7/28/2015 |
| 630279 | 3/28/2016 |
| 238888 | 11/28/2014 |
| 320908 | 4/28/2015 |
| 224405 | 10/28/2014 |
| 477757 | 10/28/2015 |
| 565916 | 1/28/2016 |
| 424680 | 8/28/2015 |
| 566254 | 1/28/2016 |
| 480695 | 10/29/2015 |
| 212504 | 9/29/2014 |
| 566956 | 1/29/2016 |
| 630896 | 3/29/2016 |
| 679874 | 8/29/2016 |
| 668158 | 7/29/2016 |
| 394915 | 7/29/2015 |
| 536353 | 12/29/2015 |
| 479341 | 10/29/2015 |
| 96849 | 7/29/2013 |
| 322328 | 4/29/2015 |

| | |
|---|---|
| 536285 | 12/29/2015 |
| 539343 | 12/29/2015 |
| 536753 | 12/29/2015 |
| 453000 | 9/29/2015 |
| 535694 | 12/29/2015 |
| 265769 | 1/29/2015 |
| 535658 | 12/29/2015 |
| 569862 | 1/29/2016 |
| 538821 | 12/29/2015 |
| 535987 | 12/29/2015 |
| 266265 | 1/29/2015 |
| 365743 | 6/29/2015 |
| 646622 | 4/29/2016 |
| 536015 | 12/29/2015 |
| 108637 | 10/29/2013 |
| 366471 | 6/29/2015 |
| 341722 | 5/29/2015 |
| 479485 | 10/29/2015 |
| 119027 | 11/29/2013 |
| 199662 | 8/29/2014 |
| 366915 | 6/29/2015 |
| 450374 | 9/29/2015 |
| 341669 | 5/29/2015 |
| 365899 | 6/29/2015 |
| 612094 | 2/29/2016 |
| 677326 | 8/29/2016 |
| 185906 | 7/29/2014 |
| 322770 | 4/29/2015 |
| 480836 | 10/29/2015 |
| 366743 | 6/29/2015 |
| 448654 | 9/29/2015 |
| 535745 | 12/29/2015 |
| 448657 | 9/29/2015 |
| 342133 | 5/29/2015 |
| 394384 | 7/29/2015 |
| 449485 | 9/29/2015 |
| 570447 | 1/29/2016 |
| 483876 | 10/29/2015 |
| 225593 | 10/30/2014 |
| 536719 | 12/30/2015 |
| 454569 | 9/30/2015 |
| 537947 | 12/30/2015 |
| 299255 | 3/30/2015 |
| 397751 | 7/30/2015 |
| 450124 | 9/30/2015 |
| 367682 | 6/30/2015 |
| 397454 | 7/30/2015 |

| | |
|---|---|
| 631415 | 3/30/2016 |
| 485073 | 10/30/2015 |
| 536971 | 12/30/2015 |
| 508406 | 11/30/2015 |
| 628903 | 3/30/2016 |
| 298541 | 3/30/2015 |
| 451030 | 9/30/2015 |
| 299012 | 3/30/2015 |
| 186359 | 7/30/2014 |
| 481613 | 10/30/2015 |
| 163572 | 5/30/2014 |
| 480691 | 10/30/2015 |
| 91757 | 5/30/2013 |
| 298727 | 3/30/2015 |
| 367779 | 6/30/2015 |
| 299034 | 3/30/2015 |
| 397008 | 7/30/2015 |
| 507646 | 11/30/2015 |
| 322772 | 4/30/2015 |
| 366277 | 6/30/2015 |
| 298979 | 3/30/2015 |
| 508145 | 11/30/2015 |
| 322907 | 4/30/2015 |
| 212790 | 9/30/2014 |
| 455367 | 9/30/2015 |
| 665360 | 6/30/2016 |
| 186144 | 7/30/2014 |
| 148215 | 4/30/2014 |
| 298921 | 3/30/2015 |
| 450364 | 9/30/2015 |
| 481394 | 10/30/2015 |
| 455304 | 9/30/2015 |
| 253570 | 12/30/2014 |
| 396672 | 7/30/2015 |
| 680726 | 8/30/2016 |
| 212946 | 9/30/2014 |
| 398601 | 7/31/2015 |
| 681159 | 8/31/2016 |
| 398840 | 7/31/2015 |
| 538705 | 12/31/2015 |
| 538979 | 12/31/2015 |
| 254613 | 12/31/2014 |
| 300377 | 3/31/2015 |
| 300384 | 3/31/2015 |
| 538447 | 12/31/2015 |
| 226037 | 10/31/2014 |
| 299435 | 3/31/2015 |

| | |
|---|---|
| 425457 | 8/31/2015 |
| 300248 | 3/31/2015 |
| 661509 | 5/31/2016 |
| 226646 | 10/31/2014 |
| 398184 | 7/31/2015 |
| 398948 | 7/31/2015 |
| 538532 | 12/31/2015 |
| 109069 | 10/31/2013 |
| 425481 | 8/31/2015 |
| 629515 | 3/31/2016 |
| 538747 | 12/31/2015 |
| 188032 | 7/31/2014 |
| 187028 | 7/31/2014 |
| 658541 | 5/31/2016 |
| 421285 | 8/31/2015 |
| 397183 | 7/31/2015 |
| 140112 | 3/31/2014 |
| 398538 | 7/31/2015 |
| 629305 | 3/31/2016 |
| 226770 | 10/31/2014 |
| 226079 | 4000 |