# Exhibit 2 to Evidentiary Appendix

_____

In the case of:

Ngoc Jenny Tran v Velocity Investments, LLC, et al

Case No. 18-cv-02257-FMO-SHK

Stephen G. Recordon (SBN 91401)
**Recordon & Recordon**
225 Broadway, Suite 1900
San Diego, CA 92101
Phone: (619) 232-1717
Facsimile: (619) 232-5325
1sgrecordon@gmail.com

Attorneys for Plaintiff Ngoc Jenny Tran

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Ngoc Jenny Tran, | Case No. 18-cv-02257-FMO-SHK |
|---|---|
| Plaintiffs, | Declaration of Scott M. Grace in Support of Plaintiff's Motion for Partial Summary Judgment |
| vs. | |
| Velocity Investments, LLC and Mandarich Law Group, LLP, | Judge: Hon. Fernando M. Olguin |
| Defendants. | |

1. I, Scott M. Grace, hereby declare under penalty of perjury, and pursuant to the laws of the United States, that the foregoing is true and correct.

2. If called as a witness, I would competently testify to the matters herein from my own personal knowledge.

3. I represent Ngoc Jenny Tran in this matter, as well as in the California state court action currently pending in the Superior Court of California for the County of San Bernardino, the matter of *Velocity Investments, LLC v. Ngoc Jenny Tran, et al*, case number CIVDS1814035 ("State Court Action").

4. The State Court Action is still ongoing, and is currently set for trial on December 18, 2019.

5. On or about December 11, 2018, in this matter, I served by mail copies of Plaintiff's Requests for Admission, Set One, Plaintiff's Requests for Production, Set One, and Plaintiff's Interrogatories, Set One on Defendant Mandarich Law Group, LLP.

6. True and correct copies of these discovery requests are filed concurrently with this declaration as part of the parties' joint Evidentiary Appendix, as Exhibits 16, 18 and 20.

7. On or about December 11, 2018, in this matter, I served by mail copies of Plaintiff's Requests for Admission, Set One, Plaintiff's Requests for Production, Set One, and Plaintiff's Interrogatories, Set One on Defendant Velocity Investments, LLC.

8. True and correct copies of these discovery requests are filed concurrently with this declaration as part of the parties' joint Evidentiary Appendix, as Exhibits 10, 12 and 14.

9. I declare nothing further.

/ / /

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3
4  Dated this 8th day of October, 2019, in San Diego, California.

                                        _____
                                        Scott M. Grace
                                        Attorney for Plaintiff