UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-2257 FMO (SHKx) | Date | December 13, 2019 |
|---|---|---|---|
| Title | Ngoc Jenny Tran v. Velocity Investments LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Cheryl Wynn | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     (In Chambers) Order Re: Vacate Deadlines

Having reviewed the parties' Joint Ex Parte Application to Continue Pretrial Conference, Trial and All Related Dates ("Application"), the Application **(Document No. 49)** is **granted in part** and **denied in part**. Due to the court's caseload and congestion in the court's calendar, see "Chiefs of federal courts plead with Congress to fill vacancies," Los Angeles Daily Journal at 4 (October 31, 2019), the court will vacate all deadlines pending a ruling on the pending Motion for Summary Judgment.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | cw |