JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC JENNY TRAN,<br><br>    Plaintiff,<br><br>v.<br><br>VELOCITY INVESTMENTS, LLC, et al.,<br><br>    Defendants. | Case No. ED CV 18-2257 FMO (SHKx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Cross-Motions for Summary Judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed as follows. Plaintiff's claim under the FDCPA is **dismissed with prejudice**. Plaintiff's state law claims are **dismissed without prejudice**. The parties shall bear their own fees and costs.

Dated this 23rd day of October, 2020.

                                                    /s/
                                      Fernando M. Olguin
                                  United States District Judge